UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cv- 8127 |
| ) | |
| WILLIAM P. BUTCHER AS SPECIAL ) | |
| REPRESENTATIVE OF THE ESTATE OF ) | |
| IRENE S. HARRIG; LISA ) | |
| WROBLEWSKI; UNKNOWN HEIRS ) | |
| AND LEGATEES OF IRENE S. HARRIG; ) | Judge: Thomas M. Durkin |
| DOWNERS GROVE SANITARY ) | |
| DISTRICT; UNKNOWN OWNERS AND ) | |
| NON-RECORD CLAIMANTS; ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: *s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com

## **CERTIFICATE OF SERVICE**

     I, Caleb J. Halberg, certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on May 3, 2013, and on the following non-ECF filers by first class mailing:

William P. Butcher as Special Representative
For the Estate of Irene S. Harrig
2044 Ridge Road
Homewood, IL 60430

Unknown Heirs and Legatees
 of Irene S. Harrig
3924 North Cass Avenue
Westmont, Illinois 60559

Lisa Wroblewski
205 Vernon Drive
Bolingbrook, Illinois 60440

Downers Grove Sanitary District
2710 Curtis Street
P.O. Box 1412
Downers Grove, Illinois 60515

Unknown Owners and Non-
 Record Claimants
3924 North Cass Avenue
Westmont, Illinois 60559

                                        *s/Caleb J. Halberg*
                                        CALEB J. HALBERG
                                        Attorney for the United States
                                        223 W. Jackson Blvd., Suite 610
                                        Chicago, IL 60606
                                        (312) 263-0003
                                        chalberg@potestivolaw.com